UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATE OF AMERICA,

                              Plaintiff,

                                              **ORDER**
    v.                                             13-CR-107-A

ISAIAH WASHINGTON,

                              Defendant.

The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1). On January 15, 2014, Magistrate Judge McCarthy filed a Report, Recommendation and Order, Dkt. No. 35, recommending that defendant Isaiah Washington's motions to suppress oral statements and physical evidence, and to dismiss the one-count Indictment, be denied. It also ordered that defendant Washington's motions for discovery, a bill of particulars and for review of grand jury minutes be denied.

The Court has carefully reviewed the Report, Recommendation and Order, the record in this case, and the pleadings and materials submitted by the parties, and no objections or appeal having been timely filed, it is hereby

**ORDERED**, pursuant to 28 U.S.C. § 636(b)(1)(B), and for the reasons set forth in Magistrate Judge McCarthy's Report, Recommendation and Order, Dkt. No. 35, defendant Washington's motions to suppress his statements and physical evidence are denied.

The parties shall appear on February 27, 2014, at 1:00 p.m., to set a date for

trial.

**IT IS SO ORDERED.**

                                       *Richard J. Arcara*
                                  HONORABLE RICHARD J. ARCARA
                                  UNITED STATES DISTRICT JUDGE

Dated: February 26, 2014